# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREY FOX, LLC, a California limited liability company; MAZ PROPERTIES, INC., a California corporation; BEAN BLOSSOM, LLC, a California limited liability company; WINTER HAWK, LLC, a California limited liability company, MARK W. TAUTRIM, individually and o/b/o the MARK W. TAUTRIM REVOCABLE TRUST, LIVE OAK BAZZI RANCH, L.P., a California limited partnership, JTMT LLC, MIKE and DENISE MCNUTT, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, PLAINS PIPELINE L.P., a Texas limited partnership, and JOHN DOES 1 through 10,<br><br>    Defendants. | Case No. 2:16-cv-03157-PSG-JEM<br><br>**[PROPOSED] ORDER ENTERING STIPULATED PROTECTIVE ORDER**<br><br>[Discovery Document: Referred to Magistrate Judge John E. McDermott] |

After full consideration of the Parties' Stipulated Protective Order, and for good cause showing,

IT IS HEREBY ORDERED THAT:

The Parties' Stipulated Protective Order is GRANTED.  The parties are bound by the terms of the Stipulated Protective Order.

DATED:  1/25/21

*John E. McDermott*

Hon. John E. McDermott
United States Magistrate Judge