HENRY WEISSMANN (State Bar No. 132418)
henry.weissmann@mto.com
DANIEL B. LEVIN (State Bar No. 226044)
daniel.levin@mto.com
JORDAN D. SEGALL (State Bar No. 281102)
jordan.segall@mto.com
MAGGIE THOMPSON (State Bar No. 313898)
maggie.thompson@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
PLAINS ALL AMERICAN PIPELINE, L.P.
and PLAINS PIPELINE, L.P.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREY FOX, LLC a California limited liability company; MAZ PROPERTIES, INC., a California Corporation; BEAN BLOSSOM, LLC, a California limited liability company; WINTER HAWK, LLC, a California limited liability company, and MARK W. TAUTRIM, individually and o/b/o the MARK W. TAUTRIM REVOCABLE TRUST,<br><br>             Plaintiffs,<br><br>      vs.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, PLAINS PIPELINE L.P., a Texas limited partnership,<br><br>             Defendants | Case No. 2:16-cv-03157-PSG-JEM_<br><br>**PLAINS DEFENDANTS' NOTICE OF MOTION & MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   December 1, 2023<br>Time:  1:30 p.m.<br>Ctrm.:  6A<br>Judge: Hon. Philip S. Gutierrez<br><br>*Filed concurrently with Memorandum of Points and Authorities, Statement of Uncontroverted Facts, Declaration of Jordan D. Segall, Declaration of William Dean Gore, Jr., and [Proposed] Order* |

# NOTICE OF MOTION & MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 1, 2023 at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Philip S. Gutierrez, in Courtroom 6A of the United States District Court, Central District of California, located at the First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012, Defendants Plains All American Pipeline, L.P., and Plains Pipeline, L.P., by and through their attorneys of record herein, will move this Court for an order granting summary judgment on claims 4, 6, 7, 8, 11, 12, and 13 (all claims against Plains except claim 14, brought by plaintiff Grey Fox, LLC only).

Defendants' motion is based on this Notice of Motion and Motion; the accompanying Memorandum in Support of Defendants' Motion for Partial Summary Judgment; the Statement of Uncontroverted Facts in Support of Plains' Motion for Partial Summary Judgment; the Declaration of William Dean Gore, Jr.; the Declaration of Jordan D. Segall; all exhibits attached thereto; all pleadings and papers on file in this action; the oral argument of counsel, and any other matters the Court may consider. This motion is made following the conference of counsel pursuant to LR 7-3, which took place on September 21, 2023.

DATED: October 6, 2023

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP
   HENRY WEISSMANN
   DANIEL B. LEVIN
   JORDAN D. SEGALL
   MAGGIE THOMPSON

By: */s/ Henry Weissmann*
   HENRY WEISSMANN
*Attorneys for Plains All American Pipeline, L.P. and Plains Pipeline, L.P.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was filed electronically on October 6, 2023.  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.

/s/ Henry Weissmann
HENRY WEISSMANN