A. Barry Cappello (CSB No. 037835)
Leila J. Noël (CSB No. 114307)
Lawrence J. Conlan (CSB No. 221350)
David L. Cousineau (CSB No. 298801)
**CAPPELLO & NOËL LLP**
831 State Street
Santa Barbara, CA 93101-3227
Telephone: (805)564-2444
Facsimile: (805)965-5950

Elizabeth J. Cabraser (CSB No. 083151)
Robert J. Nelson (CSB No. 132797)
Wilson M. Dunlavey (CSB No. 307719)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956.1000
Facsimile: (415) 956.1008

Lynn Lincoln Sarko
*(Admitted Pro Hac Vice)*
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Juli Farris (CSB No. 141716)
Matthew J. Preusch (CSB No. 298144)
**KELLER ROHRBACK L.L.P.**
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497

*Class Counsel*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREY FOX, LLC a California limited liability company; MAZ PROPERTIES, INC., a California Corporation; BEAN BLOSSOM, LLC, a California limited liability company; WINTER HAWK, LLC, a California limited liability company, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, PLAINS PIPELINE, L.P., a Texas limited partnership, and JOHN DOES 1 through 10,<br><br>Defendants. | Case No. 2:16-cv-03157-PSG-JEMx<br><br>**ORDER GRANTING STIPULATION OF PARTIES FOR DISMISSAL OF PLAINTIFFS WINTER HAWK LLC, MAZ PROPERTIES LLC, DENISE MCNUTT AND MARK W. TAUTRIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41  [264]** |

2:16-cv-03157-PSG-JEM

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court having considered the Stipulation of Parties for Dismissal of Plaintiffs Winter Hawk LLC, Maz Properties LLC, Denise McNutt and Mark W. Tautrim (the "Stipulation"), and for good cause shown, it is hereby ORDERED:

1. Plaintiffs Winter Hawk LLC, MAZ Properties LLC, Denise McNutt and Mark W. Tautrim, named Plaintiffs in the above-referenced action, have notified Plains through their respective counsel that they seek to withdraw their individual claims against Plains ("Plains Action"), but wish to maintain their rights as named Plaintiffs and Class Representatives with respect to the remaining claims against Defendant PPC (the "PPC Action") in this litigation.

2. The Parties agree that Plaintiffs Winter Hawk LLC, MAZ Properties LLC, Denise McNutt and Mark W. Tautrim (the "withdrawing Plaintiffs") claims against Plains are hereby dismissed, without prejudice. Dismissal shall not prejudice any claims, allegations, or relief being pursued by the remaining Plaintiffs or any others against Plains, nor shall it prejudice any claims, allegations or relief being pursued by these Plaintiffs or any others against PPC.

3. The withdrawing Plaintiffs will not be compelled to participate in discovery with respect to the Plains action, but will maintain their eligibility as named Plaintiffs and Class Representatives in the PPC action, and to participate in any recovery or relief that may be awarded in the PPC Action if they are otherwise qualified to do so. The withdrawing Plaintiffs will not testify at trial, unless called by Plaintiffs for rebuttal.

///

///

///

4. The Parties shall each bear their own attorneys' fees and costs in relation to the claims of Plaintiffs Winter Hawk LLC, MAZ Properties LLC, Denise McNutt and Mark W. Tautrim against Plains.

Dated: January 8, 2024

_____
Honorable Philip S. Gutierrez