1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREY FOX, LLC a California limited liability company; MAZ PROPERTIES, INC., a California Corporation; BEAN BLOSSOM, LLC, a California limited liability company; WINTER HAWK, LLC, a California limited liability company, MARK W. TAUTRIM, individually and o/b/o the MARK W. TAUTRIM REVOCABLE TRUST, LIVE OAK BAZZI RANCH, L.P., a California limited partnership, JTMT LLC, MIKE and DENISE MCNUTT, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, PLAINS PIPELINE, L.P., a Texas limited partnership, and JOHN DOES 1 through 10, <br><br> Defendants. | Case No.  2:16-cv-03157-PSG-JEM <br><br> **ORDER GRANTING JOINT STIPULATION TO RESCHEDULE HEARING DATE FOR PACIFIC PIPELINE COMPANY'S MOTION FOR SUMMARY JUDGMENT ON CLAIM 15 (DKT. 267)** |

ORDER GRANTING JOINT
STIPULATION

|  |  |
|---|---|
| 1 | |
| 2 | |

Having considered the March 12, 2024 Joint Stipulation to Reschedule the Hearing Date for Pacific Pipeline Company's Motion for Summary Judgment on Claim 15 (the "Stipulation"), and for good cause shown, it is hereby ORDERED:

The Stipulation is GRANTED. The hearing shall be on April 19, 2024 at 1:30 p.m. and the briefing schedule is adjusted accordingly.

**IT IS SO ORDERED.**

Dated: March 13, 2024

_____
Honorable Philip S. Gutierrez
United States District Judge