DAWN SESTITO (S.B. #214011)
dsestito@omm.com
LAUREN KAPLAN (S.B. #294703)
lkaplan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

*Attorneys for Defendant*
PACIFIC PIPELINE COMPANY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| GREY FOX, LLC, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P., et al.,<br><br>          Defendants. | Case No. 2:16-cv-03157-PSG-JEM<br><br>**DEFENDANT PACIFIC PIPELINE COMPANY'S AMENDED CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Effective on or about February 14, 2024, Mobil Pacific Pipeline Company divested its exclusive ownership of shares in Pacific Pipeline Company ("PPC") to Sable Offshore Corp.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1 of the Central District of California, the undersigned counsel of record for PPC certifies that the following additional listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable this Court to evaluate possible disqualification or recusal:

1. Sable Offshore Corp., Parent;

Sable Offshore Corp. is a publicly traded corporation that has no corporate parent. No publicly held corporation owns 10% or more of Sable Offshore Corp.'s stock.

Dated: March 22, 2024

DAWN SESTITO
LAUREN KAPLAN
O'MELVENY & MYERS LLP

By: _____
Dawn Sestito

*Attorneys for Defendant*
PACIFIC PIPELINE COMPANY

AMENDED CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES