1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GREY FOX, LLC, et al.,<br>    Plaintiffs,<br><br>v.<br><br>PLAINS ALL AMERICAN<br>PIPELINE, L.P., et al.,<br><br>    Defendants. | Case No. 2:16-cv-03157-PSG-JEM<br><br>**ORDER GRANTING STIPULATION OF PARTIES TO VACATE ALL PENDING DATES WITH RESPECT TO CLAIMS AGAINST DEFENDANT PACIFIC PIPELINE COMPANY PURSUANT TO SETTLEMENT**<br>[Dkt. 297] |

**ORDER**

The Court, having considered the Parties' Stipulation to vacate all pending dates with respect to claims against Defendant Pacific Pipeline Company ("PPC") (the "PPC Claims") pursuant to settlement, and finding good cause therefor,

**IT IS HEREBY ORDERED** that the Stipulation is GRANTED.

The Court vacates all hearing, pretrial, and trial dates and associated deadlines for the PPC Claims pending final approval of the settlement. The parties shall implement the settlement approval process consistent with the deadlines set forth in the parties' settlement agreement.

Dated: March 27, 2024

_____
Honorable Philip S. Gutierrez
United States District Judge