A. Barry Cappello (CSB No. 037835)
Leila J. Noël (CSB No. 114307)
Lawrence J. Conlan (CSB No. 221350)
**CAPPELLO & NOËL LLP**
831 State Street
Santa Barbara, CA 93101-3227
Telephone: (805)564-2444

Robert J. Nelson (CSB No. 132797)
Nimish Desai (CSB No. 244953)
Wilson M. Dunlavey (CSB No. 307719)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956.1000

Lynn Lincoln Sarko (*Pro Hac Vice*)
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900

Juli E. Farris (CSB No. 141716)
Matthew J. Preusch (CSB No. 298144)
**KELLER ROHRBACK L.L.P.**
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496

*Attorneys for Individual and Representative Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREY FOX, LLC, et al.,<br><br>    Plaintiffs,<br>v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P., et al.,<br><br>    Defendants. | Case No. 2:16-cv-03157-PSG-JEM<br><br>**DECLARATION OF A. BARRY CAPPELLO IS SUPPORT OF PLAINTIFF GREY FOX, LLC'S *EX PARTE* APPLICATION FOR CONTINUANCE OF TRIAL DATE** |

I, A. Barry Cappello, declare as follows:

1. I am an attorney licensed to practice before the United States District Court, Central District of California. I am a partner at the law firm of Cappello & Noel LLP, court-appointed Class Counsel and Lead Trial Counsel in this matter. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could testify competently to the matters set forth herein.

2. Plaintiff's counsel conferred in good faith with counsel for Plains regarding the relief this *ex parte* application seeks: a continuance of the trial date by one month, to any convenient date after July 8, 2024. That conferral took place by video meeting on April 11, 2024, and by email on April 12, 2024.

3. By email dated Friday, April 12, 2024, counsel for Plains stated that it would not stipulate to continuing the trial date and that it was "prepared to go forward on June 6 on whatever claims remain in the case."

4. Plaintiff has thus sought to resolve this conflict by asking counsel for Plains to stipulate to continue the trial. Counsel for Plains did not agree, which necessitated Plaintiff's *ex parte* application to continue the trial date.

5. Trial in this matter is set to begin on June 6, 2024, and is expected to last seven days.

6. *Ex parte* relief to continue the trial date is necessary because the relief Plaintiff seeks will be irreparably prejudiced if this request is heard through a regularly noticed motion, because by that time nearly all pretrial work will have been completed and the parties will be preparing for the final pretrial conference on May 24, 2024.

7. On Monday, April 15, 2024, Plaintiff's counsel informed counsel for Plains that Plaintiff intended to file an *ex parte* application requesting a continuance of the trial date and asked whether Plains would oppose the relief sought.

8. By email dated April 16, 2024, counsel for Plains stated that it would oppose the *ex parte* application, without providing a basis for its opposition.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of April 2024, at Santa Barbara, California.

*/s/ A. Barry Cappello*
A. Barry Cappello