HENRY WEISSMANN (State Bar No. 132418)
henry.weissmann@mto.com
DANIEL B. LEVIN (State Bar No. 226044)
daniel.levin@mto.com
ROBYN K. BACON (State Bar No. 251048)
robyn.bacon@mto.com
JORDAN D. SEGALL (State Bar No. 281102)
jordan.segall@mto.com
COLIN A. DEVINE (State Bar No. 315801)
colin.devine@mto.com
MAGGIE THOMPSON (State Bar No. 313898)
maggie.thompson@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
PLAINS ALL AMERICAN PIPELINE, L.P.
and PLAINS PIPELINE, L.P.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GREY FOX, LLC a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, PLAINS PIPELINE L.P., a Texas limited partnership,<br><br>Defendants. | Case No. 2:16-cv-03157-PSG-JEM<br><br>**JOINT TRIAL WITNESS LIST**<br><br>Judge: Hon. Philip S. Gutierrez<br>Trial Date: July 11, 2024<br>Pretrial Conference: June 28, 2024 |

Plaintiff Grey Fox, LLC and the Defendants Plains All American Pipeline, L.P. and Plains Pipeline L.P. hereby submit the following Joint Witness List indicating those witnesses whom they expect to call at trial, either in person or by deposition.

Each party reserves the right not to call or present testimony from any particular witness. By identifying witnesses below, the parties do not agree to make a witness available for trial and the parties reserve the right to seek to exclude or otherwise object to the testimony of witnesses included herein. The order in which the witnesses are listed is not necessarily the order in which witnesses will be called at trial. Each party reserves the right to call witnesses identified by the other party. The below list does not necessarily include all of those witnesses whom the parties may call at trial for impeachment or rebuttal. Each party reserves the right to amend the time estimates.

\* Indicates that witness's testimony may/will be read from deposition transcript

**Grey Fox's Witness List**

| Witness Name | Description and Time Estimate |
|---|---|
| Henry Cordova* | Corrosion Supervisor / Integrity Specialist, Plains. Mr. Cordova will testify regarding Plains' assessment of corrosion on Lines 901 and 903 and has unique knowledge of corrosion issues and concerns on Line 901 and 903.<br><br>Estimated time (direct): 2 hours |
| Richard Hartig* | Operations, Plains. Mr. Hartig is the Assistant Division Manager for the Operations Group and will testify regarding the interactions between the Operations Group |

| | | |
|---|---|---|
| | | and other groups, and regarding the integrity management policies in place leading up to the Spill. Estimated time (direct): 1 hour |
| | Kathleen Randall* | Operations Supervisor, Santa Maria Office, Plains. Ms. Randall had supervisorial responsibility for Plains' Lines 901 and 903. She was also personally present at the Spill location and immediate response. Ms. Randall will testify regarding Plains' maintenance and spill response procedures relating to Lines 901 and 903 and knowledge of corrosion; she was also on scene at the time of the Oil Spill and has knowledge of local level operations issues. Estimated time (direct): 2 hours |
| | John Shelton* | Corrosion Manager, Plains. Mr. Shelton was responsible for all aspects of corrosion issues, internal and external. He ordered Mr. Cordova to stop putting comments on corrosion in writing. Mr. Shelton will testify that Plains was aware of increasing external corrosion leading up to 2015 and will testify regarding Plains' integrity management policies and procedures, and the coordination between the Integrity Group and Engineering Group. Estimated time (direct): 1 hour |
| | Robin Cunningham* | Pipeline Integrity Manager, Plains. Ms. Cunningham will testify regarding Plains' Integrity Management Plan and |

| | | |
|---|---|---|
| | | her department's efforts to comply with integrity management plan. Ms. Cunningham has unique knowledge of Plains' integrity management practices and was the manager responsible for the department's Western US operations at the time of the Oil Spill. <br><br> Estimated time (direct): 2.5 hours |
| | Darren Palmer* | Maintenance Supervisor, Bakersfield District, Plains. Mr. Palmer was the sole maintenance supervisor during the relevant time period and in the relevant region for Plains. Mr. Palmer will testify regarding his knowledge of Line 901 maintenance as the maintenance supervisor for the district that included Line 901 prior to Plains' Oil Spill. <br><br> Estimated time (direct): 0.5 hour |
| | Mark Lloyd | L&P Consultants, Grey Fox. Mr. Lloyd was engaged by MAZ properties to remediate the oil spill impacts on Grey Fox property. <br><br> Estimated time (direct): 1.5 hours |
| | Chris Jacobs | Brownstein, Hyatt Farber, Schreck, Grey Fox. Mr. Jacobs is a real estate attorney that works in real estate acquisitions. He handles land use permitting, and transaction construction-type work. He is counsel for the Grey Fox property and drafted the Temporary Access Agreement. |

| | | |
|---|---|---|
| | | Estimated time (direct): 1.5 hours |
| | Dr. Kimberly Cameron | Expert on Pipeline Integrity. Ms. Kim Cameron, PhD, is Plaintiff's sole expert on pipeline integrity and control room procedures. She will testify regarding Plains' errors, omissions, and reckless conduct in maintaining, inspecting, and repairing Line 901; performing the necessary engineering analyses to understand the risks on the pipeline; failing to identify and repair the failure anomaly prior to the spill; and failing to recognize and react to the spill in a reasonably prompt manner.<br><br>Estimated time (direct): 3 hours |
| | Dr. Kristin Robrock | Exponent, Plains' expert on remediation.<br><br>Estimated time (direct): 0.5 hour |
| | PMK from Pacific Pipeline Company | Person Most Knowledgeable will testify about the required work remaining at the spill site.<br><br>Estimated time (direct): 0.5 hour |

**Plains' Witness List**

| Witness Name | Description and Time Estimate |
|---|---|
| Jeffrey Dann | Mr. Dann is Plains' Director of Remediation & Special Projects.  Mr. Dann oversaw Plains' remediation of Grey Fox's property following the oil spill and communicated with Grey Fox's representatives regarding the |

| | |
|---|---|
| | remediation. Mr. Dann will testify regarding Plains' remediation of Grey Fox's property and the parties' Temporary Property Access and Remediation Agreement.<br><br>Estimated time (direct): 1.5 hours |
| Dr. Kristin Robrock | Dr. Robrock is Plains' expert regarding oil spill remediation. Dr. Robrock will testify regarding Plains' remediation of Grey Fox's property following the oil spill.<br><br>Estimated time (direct): 1 hour |
| Chris Jacobs | Mr. Jacobs is a real estate attorney who served as counsel for the Grey Fox property. Mr. Jacobs will testify regarding Plains' compensation of Grey Fox pursuant to the parties' Temporary Property Access and Remediation Agreement.<br><br>Estimated time (direct): 0.5 hours |

DATED: June 7, 2024                    MUNGER, TOLLES & OLSON LLP


By:    */s/ Jordan D. Segall*
      JORDAN D. SEGALL
Attorneys for Defendants
PLAINS ALL AMERICAN PIPELINE, L.P. and PLAINS PIPELINE, L.P.

DATED: June 7, 2024                    CAPPELLO & NOËL LLP


By:    */s/ Lawrence J. Conlan*
      LAWRENCE J. CONLAN
Attorneys for Plaintiff
GREY FOX, LLC