HENRY WEISSMANN (State Bar No. 132418)
henry.weissmann@mto.com
DANIEL B. LEVIN (State Bar No. 226044)
daniel.levin@mto.com
JORDAN D. SEGALL (State Bar No. 281102)
Jordan.Segall@mto.com
MAGGIE H. THOMPSON (State Bar No. 313898)
Maggie.Thompson@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
PLAINS ALL AMERICAN PIPELINE, L.P.
and PLAINS PIPELINE, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GREY FOX, LLC a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, *et al.*,<br><br>Defendants. | Case No. 2:16-cv-03157-PSG-JEM<br><br>**PLAINS' NOTICE OF MOOTNESS IN RESPONSE TO GREY FOX'S MOTION IN LIMINE NO. 1**<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: June 28, 2024<br>Time: 2:00 p.m.<br>Ctrm.: 6A<br>Trial Date: July 11, 2024 |

Grey Fox's motion in limine number 1, Dkt. 312, sought to exclude testimony of individuals who sought to purchase or lease properties neighboring Grey Fox's property.  After Grey Fox filed that motion, this Court granted Plains' motion for summary judgment on, *inter alia*, Grey Fox's tort claims.  Grey Fox stipulated after meet and confer that it will not introduce evidence of offers to purchase Grey Fox's property or appraisals of that property since the value of the property is no longer at issue in this case.  Accordingly, Plains will not seek to introduce testimony of

1 | individuals who sought to purchase or lease properties neighboring Grey Fox's
2 | property and Grey Fox's motion in limine number 1 is moot.

4 | DATED: June 14, 2024                    MUNGER, TOLLES & OLSON LLP

By: _____/s/ Jordan D. Segall_____
　　　JORDAN D. SEGALL
Attorneys for Defendants
PLAINS ALL AMERICAN PIPELINE,
L.P. and PLAINS PIPELINE, L.P.