HENRY WEISSMANN (State Bar No. 132418)
henry.weissmann@mto.com
DANIEL B. LEVIN (State Bar No. 226044)
daniel.levin@mto.com
ROBYN K. BACON (State Bar No. 251048)
robyn.bacon@mto.com
JORDAN D. SEGALL (State Bar No. 281102)
jordan.Segall@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
PLAINS ALL AMERICAN PIPELINE, L.P.
and PLAINS PIPELINE, L.P.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GREY FOX, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, et al.<br><br>　　　　Defendants. | Case No. 2:16-cv-03157-PSG-JEM<br><br>**PLAINS' NOTICE OF MOOTNESS IN RESPONSE TO GREY FOX'S MOTION IN LIMINE NO. 2**<br><br>Judge:　　Hon. Philip S. Gutierrez<br>Date:　　　June 28, 2024<br>Time:　　　2:00 p.m.<br>Ctrm.:　　　6A<br>Trial Date:　July 11, 2024 |

1  Grey Fox's motion in limine number 2, Dkt. No. 313, sought to exclude an
2  order from a state court proceeding denying punitive damages against Plains.  After
3  Grey Fox filed that motion, this Court granted Plains' motion for summary
4  judgment on, *inter alia*, the issue of punitive damages.  See Dkt. No. 333 at 10.
5  Since punitive damages are no longer at issue in this case, Plains will not seek to
6  introduce the superior court's punitive damages order and the motion in limine is
7  moot.

8  DATED: June 14, 2024                           MUNGER, TOLLES & OLSON LLP

11                                                 By:  */s/ Jordan D. Segall*
                                                        JORDAN D. SEGALL
12                                                      Attorneys for Defendants