HENRY WEISSMANN (State Bar No. 132418)
henry.weissmann@mto.com
DANIEL B. LEVIN (State Bar No. 226044)
daniel.levin@mto.com
ROBYN K. BACON (State Bar No. 251048)
robyn.bacon@mto.com
JORDAN D. SEGALL (State Bar No. 281102)
jordan.segall@mto.com
COLIN A. DEVINE (State Bar No. 315801)
colin.devine@mto.com
MAGGIE THOMPSON (State Bar No. 313898)
maggie.thompson@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
PLAINS ALL AMERICAN PIPELINE, L.P.
and PLAINS PIPELINE, L.P.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GREY FOX, LLC a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, PLAINS PIPELINE L.P., a Texas limited partnership,<br><br>Defendants. | Case No. 2:16-cv-03157-PSG-JEM<br><br>**PLAINS' PROPOSED VOIR DIRE QUESTIONS**<br><br>Judge: Hon. Philip S. Gutierrez<br>Trial Date: July 11, 2024<br>Final Pretrial Conference: June 28, 2024 |

Pursuant to the Court's Order for Jury Trial (Dkt. 231), Defendants Plains All American Pipeline, L.P. and Plains Pipeline L.P., hereby provide the following proposed voir dire questions for the jury trial in this action:

1. Do you have strong feelings, positive or negative, about large corporations? If yes, please describe.

2. What are your general opinions about companies in the oil industry?

3. Do you know anyone who has ever been affected by the spill of oil or any potentially hazardous material? If yes, please describe who and how they were affected.

4. Have you and/or a close family member or friend ever lived near an oil pipeline? If yes, please describe.

5. Have you heard of Plains All American Pipeline or Plains Pipeline? If yes, what have you heard? And what opinion, if any, do you have about the company?

6. Are you familiar with an oil spill that occurred in Santa Barbara County in May 2015? If yes, what have you heard?

7. Have you heard, read, or seen anything about any legal proceedings or lawsuits relating to the May 2015 oil spill in Santa Barbara County?

8. Do you and/or a close family member or friend own any real property in Santa Barbara County? If yes, please describe the property and its location.

9. Have you and/or a close family member or friend ever owned real property that required remediation or repair as a result of someone else causing damage to that property? If yes, please describe.

10. Do you and/or a close family member or friend have any experience or training in environmental remediation? If yes, please describe.

11. Do you and/or a close family member or friend have any education or training in environmental engineering? If yes, please describe.

12. Do you have experience drafting, reviewing, or otherwise dealing with contracts in your current job or previous employment history? If yes, please describe.

13. Have you and/or a close family member or friend ever been a party to a lawsuit (i.e., sued someone or been sued by someone)? If yes, please describe the type of case and circumstances.

DATED: June 21, 2024                    MUNGER, TOLLES & OLSON LLP

By:    */s/ Jordan D. Segall*
      JORDAN D. SEGALL
Attorneys for Defendants
PLAINS ALL AMERICAN PIPELINE, L.P. and PLAINS PIPELINE, L.P.