Robert J. Nelson (CSB No. 132797)
rnelson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Juli E. Farris (CSB No. 141716)
jfarris@kellerrohrback.com
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Facsimile: (805) 456-1497

A. Barry Cappello (CSB No. 037835)
abc@cappellonoel.com
CAPPELLO & NOËL LLP
831 State Street
Santa Barbara, CA 93101-3227
Telephone: (805)564-2444
Facsimile: (805)965-5950

*Class Counsel*
*(additional counsel listed at signature)*

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREY FOX, LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P., et al.,<br><br>Defendants. | Case No. 2:16-cv-03157-PSG-JEM<br><br>**FINAL JUDGMENT**<br><br>Date: September 13, 2024<br>Time: 1:30 p.m.<br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: 6A |

  The Court having entered on September 17, 2024 a Final Approval Order approving the Settlement between plaintiffs Grey Fox, LLC, MAZ Properties, Inc., Bean Blossom, LLC, Winter Hawk, LLC, Mark Tautrim, Trustee of the Mark Tautrim Revocable Trust, and Denise McNutt, individually and in their representative capacities ("Class Representatives"), and Defendant Pacific Pipeline Company ("PPC") and Sable Offshore Corp., as successor by merger of Sable Offshore Holdings LLC and Flame Acquisition Corp. ("Sable," and collectively with PPC, "Settling Parties"), it is hereby ORDERED, ADJUDGED, and DECREED that:

  1. Judgment is hereby entered in this case as to the Settlement in accordance with the Court's September 17, 2024 Final Approval Order as to all claims against Defendant in this Action.

  2. The Settlement and all of its terms, shall have full force and effect. *See* #Dkt. 303-1, Ex. 1.

  3. This Order approves the Settlement in all respects, including Section IV. B ("Final Order and Judgment").

  4. The Parties shall take all actions required of them in the Final Approval Order and the Settlement Agreement.

  5. The Court directs that the recorder's office of Santa Barbara County, California, San Luis Obispo County, California, or Kern County, California, as appropriate, shall record this Final Order and Judgment, and the Easement Notice(s) (Dkt. 303-1, Ex. 1, Ex. 1-B (Page ID 10250-10255)) against each Settlement Class Members' name or against such Settlement Class Members' interest in their Property so as to give constructive and record notice to all subsequent parties acquiring an interest in such Settlement Class Members' interest in the Property of the existence and terms of the Easement Notice. If for any reason the Final Order and Judgment cannot be recorded as provided above, the Court orders that the Settlement Administrator shall take such action as is necessary or required to have the existence and terms of the Easement Notice recorded in such land records.

1  6. The above-captioned action is DISMISSED in its entirety with prejudice.

2  7. Except as otherwise provided in orders separately entered by this Court on the application for attorneys' fees and expenses and the application for service awards submitted by Class Counsel, the Parties will bear their own expenses and attorneys' fees.

3  8. Without affecting the finality of this Order and the accompanying Judgment, the Court reserves jurisdiction over the implementation of the Settlement, including enforcement and administration of the Settlement Agreement, including any releases in connection therewith, and any other matters related or ancillary to the Settlement.

4  9. This document constitutes a final judgment pursuant to Federal Rule of Civil Procedure 54 and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

DATED:  September 17, 2024

Hon. Philip S. Gutierrez