UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:16-cv-03157-PSG(SSCx) | Date | September 13, 2024 |
| Title | Grey Fox, LLC,et al v. Plains All American Pipeline, L.B., et al | Page | 1 of 1 |

Present: The Honorable   PHILIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE

| Derek Davis | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Juli Farris | Jessica Stebbins Bina |
| Lawrence Conlan | |
| Robert Nelson | |
| Wilson Dunlavey | |

**Proceedings:**

**Plaintiff's Motion for Settlement Approval of Final Approval of Class Action Settlement and Direction of Notice [368]**

**Plaintiff's Motion for Attorney Fees, Expenses, and Service Awards [369]**

**Plaintiff's Motion for Settlement Approval of Plan of Allocation [370]**

**Plaintiff's Request for Judgment [374]**

The case is called and counsel state their appearances.
After conferring with counsel, the motions are granted. A separate order will issue.

**IT IS SO ORDERED.**